UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDEZ, et al, ) | |
| ) | |
| vs. ) | Civ.S-10-173 MCE GGH PS |
| ) | |
| DEUTSCHE BANK NATIONAL, et al ) | |
| ) | **MINUTE ORDER** |

**YOU ARE HEREBY NOTIFIED** that Judge Mendez ordered the following with respect to the above-entitled action:

Because no Trustee's Sale of the property which is the subject of this matter is currently scheduled, and there is no scheduled eviction date, Plaintiff's Motion for an Ex Parte Temporary Restraining Order is **DENIED**. See Fed. R. Civ. P. 65(b)(1)(a) (Court may only issue temporary restraining order without notice if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition.").

IT IS SO ORDERED.

Dated: 01/22/2010

                                            Victoria C. Minor,  Clerk
                                            By:

                                                /s/
                                          _____
                                          H. A. Vine
                                          Courtroom Clerk