UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LEYNE FERNANDEZ and JOSE J. FERNANDEZ<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL dba MORTGAGEIT INC.; GMAC MORTGAGE, LLC; BROKER AGENT CONSULTING; ETS SERVICES, LLC; MORTGAGE ELECTRONIC RECORDING SYSTEMS,<br><br>Defendants. | No. 2:10-cv-00173-MCE-GGH<br><br>MEMORANDUM AND ORDER |

This action arises out of a mortgage loan transaction in which Plaintiffs Leyne Fernandez and Jose J. Fernandez ("Plaintiffs") financed their home in 2005. Before the Court is Plaintiffs' *ex parte* application for a Temporary Restraining Order ("TRO") and Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65, to enjoin Defendants from executing a foreclosure sale on their home.

///

1

Pursuant to Local Rule 231(a) "[e]xcept in the most extraordinary of circumstances, no temporary restraining order shall be granted in the absence of actual notice to the affected party and/or counsel, by telephone or other means, or a sufficient showing of efforts made to provide notice." Moreover, Federal Rule of Civil Procedure 65(b) mandates that the Court may not issue a TRO without notice to the adverse party unless:

> "a) specific facts in an affidavit or verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; *and*
>
> b) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required."

Fed. R. Civ. P. 65(b)(emphasis added).

Plaintiffs have failed to indicate any efforts made to provide notice to the adverse parties. Nor have Plaintiffs provided an affidavit or verified complaint to support their claim of irreparable injury.

Given Plaintiffs' complete failure to provide any notice whatsoever of its intent to apply for a temporary restraining order, Plaintiffs' Application is denied, *nunc pro tunc*, as of the date it was submitted on February 16, 2010.

IT IS SO ORDERED.

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2