IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEYNE FERNANDEZ and JOSE J. FERNANDEZ,

      Plaintiff,

vs.

DEUTSCHE BANK NATIONAL, et al.,

      Defendants.

No. CIV S-10-0173 MCE GGH PS

<u>ORDER TO SHOW CAUSE</u>

/

      This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order requiring timely service filed January 22, 2010, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed January 22, 2010 and plaintiffs have not yet served defendants with summons.

\\\\\

\\\\\

\\\\\

\\\\\

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  Plaintiff shall show cause, in writing, within fouteen days from the date of this

3 order, why this action should not be dismissed for failure to comply with Federal Rule of Civil

4 Procedure 4(m). Failure to <u>timely</u> file the required writing will result in a recommendation that

5 the case be dismissed.

6 DATED: May 27, 2010

8  /s/ Gregory G. Hollows

9  GREGORY G. HOLLOWS
   U. S. MAGISTRATE JUDGE

10 GGH:035
11 fernandez173.osc

2